UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                          Case No. 12-cr-30-PB

**Edgar Thomas Rose**


**O R D E R**

The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 27, 2012 final pretrial conference is continued to August 1, 2012 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 19, 2012

cc: Mark E. Howard, Esq.
    William Morse, Esq.
    United States Marshal
    United States Probation