**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

  **v.**           Case No. 12-cr-30-PB

<u>**Edgar Thomas Rose, Jr.**</u>

<u>**O R D E R**</u>

  The defendant has moved to continue the August 21, 2012 trial in the above case, citing the need for additional time to address suppression issues and prepare for trial or other disposition. The government does not object to a continuance of the trial date.

  Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to September 5, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

August 7, 2012

cc:   Mark Howard, Esq.
      William E. Morse, AUSA
      United States Marshal
      United States Probation