## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                Case No. 12-cr-30-PB

**Edgar Thomas Rose, Jr.**

### O R D E R

The defendant has moved to continue the September 5, 2012 trial in the above case, citing new counsel and the need for additional time to address suppression issues, review discovery, and prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2012 to November 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on October 26, 2012 at 3:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 23, 2012

cc: Mark Howard, Esq.
    Bret Jordan, Esq.
    Kevin Sharkey, Esq.
    William E. Morse, AUSA
    United States Marshal
    United States Probation